Gregory A. Wedner, SBN 067965
gwedner@lozanosmith.com
Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
**LOZANO SMITH**
515 South Figueroa Street, Suite 750
Los Angeles, CA 90071
Telephone:   (213) 929-1066
Facsimile:   (213) 929-1077

Attorneys for Defendants
ANTHONY SCLAFANI and PAUL TAPIA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEATH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-02318 PSG (OPx)<br><br>Assigned to the Honorable Philip S. Gutierrez<br><br>**DEFENDANTS' ANTHONY SCLAFANI AND PAUL TAPIA'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS ENTIRELY AND/OR TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH AND/OR SEVENTH CAUSES OF ACTION AGAINST DEFENDANTS IN PLAINTIFF'S FIRST AMENDED COMPLAINT, AND/OR MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**(Fed. R. Civ. P. 12(b)(6), (e))**<br><br>Hearing Date: October 29, 2012<br>Time:          1:30 p.m.<br>Courtroom:   880<br>Judge:         Hon. Philip S. Gutierrez<br><br>*[Filed separately but concurrently with Defendants Sclafani and Tapia's Supporting Memorandum of Points and Authorities; Request for Judicial Notice in Support of Motion to Dismiss; and Proposed Order]* |

1  TO: THE HONORABLE COURT, PLAINTIFF AND HER ATTORNEY OF
2  RECORD HEREIN, AND CO-DEFENDANTS AND THEIR ATTORNEYS OF
3  RECORD HEREIN:

4  NOTICE IS HEREBY GIVEN that on October 29, 2012, at 1:30 p.m., or as soon thereafter as a hearing may be held in Courtroom 880 of the above-entitled Court, at 255 East Temple Street Los Angeles, California 90012-3332, Defendants ANTHONY SCLAFANI and PAUL TAPIA ("Defendants"), pursuant to Rule 12(b)(6) and (e) of the Federal Rules of Civil Procedure, will and hereby do move the Court to dismiss Defendants from Plaintiff Andrea Heath's ("Plaintiff") above-entitled action entirely, or with regard to Plaintiff's First, Second, Third, Fourth, Fifth, Sixth and/or Seventh Causes of Action in Plaintiff's First Amended Complaint ("FAC"), and/or a more definite statement, based upon the following grounds:

1. All causes of action in the FAC against Defendants are asserted against Defendants in their official capacities and are also simultaneously raised against the Defendant City of Desert Hot Springs and, therefore, all claims against the Defendants are duplicative and should be dismissed;

2. The allegations in the FAC are legally insufficient to support any claim for relief against Defendants;

3. The FAC's First and Second Causes of Action under the First Amendment and 42 U.S.C. § 1983 fail to state a claim against Defendants because under the Ninth Circuit Court of Appeals opinion in *Dahlia v. Rodriguez*, __ F.3d ___, 2012 WL 3185693 (9th Cir. Aug 07, 2012), and the governing framework for analyzing public employee First Amendment claims, Plaintiff's alleged speech and/or petition activities were part of her official duties as a California police officer and, therefore, unprotected under the First Amendment;

4. The First and Second Causes of Action in the FAC are time-barred by the applicable statute of limitations;

///

5. Assuming dismissal of Plaintiff's First and Second Causes of Action as to Defendants, as well as the City and all other Co-Defendants, Plaintiff's remaining five California state law claims should be dismissed for lack of jurisdiction under 28 U.S.C. §§ 1331 and 1367;

6. Plaintiff's Third Cause of Action under California Labor Code § 1102.5 fails to state a claim against Defendants because: (a) claims under § 1102.5 may be raised against employers only, and not individual supervisors or coworkers; (b) Plaintiff's FAC fails to allege exhaustion of administrative remedies for said claim; and (c) Plaintiff did not, and is now time-barred from, exhausting the applicable administrative remedies for said claim before the California Labor Commission;

7. Plaintiff's Fourth Cause of Action for wrongful termination in violation of public policy fails to state a claim against Defendants because such a claim does not lie against individual supervisory employees or other coworkers;

8. Plaintiff's Fifth and Sixth Causes of Action fail to state a claim against Defendants, because actions under California Government Code section §§ 3300 et seq. lie against public safety employers only, and not individual defendants;

9. Plaintiff's Third through Sixth Causes of Action fail to state a claim against Defendants because: (a) Plaintiff fails to allege in her FAC compliance with the California Government Tort Claims Act, California Government Code §§ 810 et seq.; (b) Plaintiff's subject allegations in her tort claim submitted to the City are time-barred for purposes of judicial resolution; and (c) Plaintiff failed to submit a tort claim to the City encompassing the allegations and claims in her Third through Sixth Causes of Action;

10. Plaintiff's Seventh Cause of Action under the California Fair Employment and Housing Act, Government Code § 12940(m) specifically, fails to state a claim against Defendants because said provision provides for employer liability only, and will not lie against individual employees, supervisory or otherwise; and

///

11.     In the alternative, the allegations in the FAC are legally insufficient to put Defendants on notice of, or permit Defendants to reasonably defend against, Plaintiff's Second through Seventh Causes of Action, therefore requiring a more definite statement from Plaintiff.

This Motion is based upon this Notice; Defendants' supporting Memorandum of Points and Authorities and Request for Judicial Notice separately but concurrently herewith; and such evidence and arguments as may be presented at the hearing of the Motion.

This Motion is also made following the conference of counsel pursuant to L.R. 7-3, which took place on July 27, 2012 and August 9, 2012, respectively.

Dated: August 20, 2012

Respectfully submitted,

**LOZANO SMITH**

/s/ Gregory A. Wedner
GREGORY A. WEDNER
MARK K. KITABAYASHI
SLOAN R. SIMMONS
Attorneys for Defendants
Anthony Sclafani and Paul Tapia