1
2
3
4
5

Jerry L. Steering; SBN 122509
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

6

Attorney for plaintiff Andrea Heath

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

ANDREA HEATH,

11      Plaintiff,

12      vs.

13  CITY OF DESERT HOT SPRINGS,
    ANTHONY SCLAFANI, PATRICK
14  WILLIAMS, EDWIN SMITH, KATE
    SINGER, JASON SIMPSON, RICK
15  DANIELS, GABRIELLA MENDOZA,
    GUSTAVO PAIZ, PAUL TAPIA and
16  DOES 1 through 10, inclusive,

17

18      Defendants.

19

Case No.  CV12-02318 PSG (OPx)

STIPULATION TO CONTINUE
HEARING ON ALL DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS'
COMPLAINT (F.R.Civ.P. 12(b)(6))

PRESENT HEARING DATES FOR
MOTIONS TO DISMISS:

            DECEMBER 10, 2012

TIME:     1:30 P.M .

CTRM:     880

UNITED STATES DISTRICT JUDGE
PHILIP S. GUTIERREZ

20

21

22

23

24

25

**COMES NOW** the parties to this action through their respective counsel of

record, plaintiff Andrea Heath, by and through her counsel of record, Jerry L.

Steering, LAW OFFICE OF JERRY L. STEERING, defendants City Of Desert

Hot Springs, Patrick Williams, Edwin Smith, Kate Singer, Jason Simpson, Rick

Daniels, Gabriella Mendoza and Gustavo Paiz, by and through their counsel of

STIPULATION TO CONTINUE HEARING ON ALL DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

1

record, Laura J. Kalty, LIEBERT CASSIDY WHITMORE, and defendants Paul

Tapia and Anthony Sclafani, by and through their counsel of record, Gregory A.

Wedner, LOZANO SMITH,  and agree and stipulate to continue the hearing on all

of the above-named defendants' to this action Motions To Dismiss Complaint

(F.R.Civ.P. 12(b)(6)), that are presently scheduled for hearing on December 10,

2012, to January 28, 2013. This stipulation is based on the ground that: 1)

plaintiff's counsel, Jerry L. Steering, had a trial advanced in another federal civil

rights action (SACV 10-01723 DOC (MLGx)), from December 4, 2012 to October

23, 2012, then to October 16, 2012 and then back to October 30, 2012 ; 2) that

plaintiff's counsel was served with a Rule 50 motion in that case, and had to work

on a response to said motion; 3) that plaintiff's counsel also has an Orange County

Superior Court felony case set for trial on October 16, 2012 and had to prepare for

the same (Case Number 10CF2383); 4) that plaintiff's counsel's co-counsel in two

other federal civil actions had a death in his family (his mother) and has been out

of the state for approximately a month because of said death, and has necessitated

plaintiff's counsel attempting to cover the work that said co-counsel would have

done but for said family death; all of these preventing plaintiff's counsel from

properly preparing plaintiff's response to these complex and subtle Motions to

Dismiss Complaint.

STIPULATION TO CONTINUE HEARING ON ALL DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

1    This stipulation is also based on the attached Declaration of Jerry L. Steering

2  in support thereof.

3

4

5                                      LAW OFFICE OF JERRY L. STEERING

6  Dated: November 14, 2012

                                       JERRY L. STEERING, ATTORNEY FOR
7                                       PLAINTIFF ANDREA HEATH

8

9

10                                     LIEBERT CASSIDY WHITMORE

11  Dated: November 13, 2012

12

13                                     LAURA J. KALTY, ATTORNEY FOR
                                       DEFENDANTS CITY OF DESERT HOT
14                                     SPRINGS, PATRICK WILLIAMS, EDWIN
                                       SMITH, KATE SINGER, JASON SIMPSON,
15                                     RICK DANIELS, GABRIELLA MENDOZA
                                       AND GUSTAVO PAIZ
16

17                                     LOZANO SMITH

18  Dated: November 13, 2012

19                                     GREGORY A. WEDNER, ATTORNEY FOR
                                       DEFENDANTS ANTHONY SCLAFANI AND
20                                     PAUL TAPIA

21

22

23

24

25

STIPULATION TO CONTINUE HEARING ON ALL DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

3

1    This stipulation is also based on the attached Declaration of Jerry L. Steering

2    in support thereof.

3

4
                                    LAW OFFICE OF JERRY L. STEERING
5
     Dated: November 13, 2012
6                                   _____
                                    JERRY L. STEERING, ATTORNEY FOR
7                                   PLAINTIFF ANDREA HEATH

8

9

10                                  LIEBERT CASSIDY WHITMORE

11
     Dated: November 13, 2012
12
                                    _____
13                                  LAURA J. KALTY, ATTORNEY FOR
                                    DEFENDANTS CITY OF DESERT HOT
14                                  SPRINGS, PATRICK WILLIAMS, EDWIN
                                    SMITH, KATE SINGER, JASON SIMPSON,
15                                  RICK DANIELS, GABRIELLA MENDOZA
                                    AND GUSTAVO PAIZ
16

17                                  LOZANO SMITH

18
     Dated: November 13, 2012
19                                  _____
                                    GREGORY A. WEDNER, ATTORNEY FOR
20                                  DEFENDANTS ANTHONY SCLAFANI AND
                                    PAUL TAPIA
21

22

23

24

25


           STIPULATION TO CONTINUE HEARING ON ALL DEFENDANTS'
             MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT