Jerry L. Steering; SBN 122509
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

Attorney for plaintiff Andrea Heath

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEATH, | Case No.  CV12-02318 PSG (OPx) |
| Plaintiff, | [PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON ALL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT (F.R.Civ.P. 12(b)(6)) |
| vs. | |
| CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive, | PRESENT HEARING DATES FOR MOTIONS TO DISMISS: |
| | DECEMBER 10, 2012 |
| | TIME:    1:30 P.M. |
| | CTRM:    880 |
| Defendants. | UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ |

**HAVING CONSIDERED** the parties' Stipulation To Continue Hearing On All Defendants' Motions To Dismiss Plaintiffs' Complaint, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that the hearing on all Defendants' Motions To Dismiss Plaintiffs' Complaint (F.R.Civ.P. 12(b)(6)) is continued to January 28, 2013. Plaintiff's response to said defendants' motions shall be filed no later than

ORDER ON STIPULATION TO CONTINUE HEARING ON ALL
DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

1

1  January 7, 2013, and defendants' reply to plaintiff's response shall be filed no later

2  than January 14, 2013.

3

4  Dated:_____

5                                    PHILIP S. GUTIERREZ, UNITED
                                     STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER ON STIPULATION TO CONTINUE HEARING ON ALL
DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

2