Jerry L. Steering; SBN 122509
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

Attorney for plaintiff Andrea Heath

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEATH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-02318 PSG (OPx)<br><br>DECLARATION OF JERRY L. STEERING IN SUPPORT OF STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO FILE RESPONSES, AND FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S RESPONSES, TO DEFENDANTS MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT (F.R.Civ.P. 12(b)(6))<br><br>PRESENT HEARING DATES FOR MOTIONS TO DISMISS:<br><br>JANUARY 28, 2013<br><br>TIME: 1:30 P.M.<br><br>CTRM: 880<br><br>UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ |

I, Jerry L. Steering, do hereby declare that the facts set forth herein are based upon my personal knowledge and if called upon to testify I could do so competently:

DECLARATION OF JERRY L. STEERING IN SUPPORT OF STIPULATION
FOR PLAINTIFF TO FILE RESPONSES, AND FOR DEFENDANTS TO FILE
REPLIES TO PLAINTIFF'S RESPONSES, TO DEFENDANTS MOTIONS TO
DISMISS PLAINTIFFS' COMPLAINT (F.R.Civ.P. 12(b)(6))

1

1) I am counsel of record for plaintiff Andrea Heath in this instant action.

2) Presently pending are motions by the two groups of defendants to this action to dismiss plaintiff's complaint, pursuant to F.R.Civ.P. 12(b)(6.)

3) I have been working on these motions for the past month; researching the statutes, case law, various MOU's and publications (i.e. Law Review Articles, treatises, and locating important case documents.)

4) The issues raised by these Motions to Dismiss are fairly complicated and subtle, and have required quite a bit of time by me and my Associate lawyer, researching the same.

5) Last week I contracted some sort of virus, and have been sick for about the past week.

6) This illness has caused me to become tired and nauseas, and I have only been able to work a few hours a day for most of the last week.

7) Moreover, my Associate lawyer, Gregory Peacock, had his home flooded this weekend by excess rain and a leaky roof, that flooded part of his home; causing him also to not to be able to help me with plaintiff's opposition papers.

8) Because of my illness and my Associate's flooding, I have not been able to finish plaintiff's oppositions to both groups of defendants Motions to Dismiss as of this date.

9) I will need until January 9, 2013 to complete plaintiff's oppositions to both groups of defendants' Motions to Dismiss.

10) Accordingly, plaintiff prays that an order issue out of this Honorable Court, permitting the plaintiff to file her oppositions to defendants' Motions to Dismiss, no later than January 9, 2013, and permitting all

DECLARATION OF JERRY L. STEERING IN SUPPORT OF STIPULATION FOR PLAINTIFF TO FILE RESPONSES, AND FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S RESPONSES, TO DEFENDANTS MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT (F.R.Civ.P. 12(b)(6))

2

defendants to file their oppositions to plaintiffs opposition to defendants' Motions to Dismiss no later than January 16, 2013.

11)  I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct.

This the 7th day of January, 2013 at Newport Beach, California.

_____
JERRY L. STEERING

DECLARATION OF JERRY L. STEERING IN SUPPORT OF STIPULATION FOR PLAINTIFF TO FILE RESPONSES, AND FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S RESPONSES, TO DEFENDANTS MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT (F.R.Civ.P. 12(b)(6))

3