```
1   Jerry L. Steering; SBN 122509
    LAW OFFICE OF JERRY L. STEERING
2   4063 Birch Street
    Suite 100
3   Newport Beach, CA 92660
    (949) 474-1849
4   (949) 474-1883 Fax
    jerrysteering@yahoo.com
5
    Attorney for plaintiff Andrea Heath
6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEATH,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV12-02318 PSG (OPx)<br><br>DECLARATION OF PLAINTIFF ANDREA HEATH RE AUTHENTICITY OF EXHIBIT "D" ATTACHED TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO ALL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT (F.R.Civ.P. 12(b)(6))<br><br>PRESENT HEARING DATES FOR MOTIONS TO DISMISS:<br><br>         JANUARY 28, 2013<br><br>TIME:    1:30 P.M.<br><br>CTRM:    880<br><br>UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ |

   I, Andrea Heath, do hereby declare that the facts set forth herein are based upon my personal knowledge, and on information and belief, and if called upon to testify I could do so competently:

   DECLARATION OF PLAINTIFF ANDREA HEATH RE AUTHENTICITY
OF EXHIBIT "D"

1

A copy of City of Desert Hot Springs Police Department Memorandum of Understanding for 2009 through 2010, attached To Plaintiff's Request For Judicial Notice In Opposition To All Defendants' Motions To Dismiss as Exhibit "D", is a true and correct copy.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct.

Executed this the 17th day of January, 2013, at Riverside County, California.

_____
Andrea Heath

2