Gregory A. Wedner, SBN 067965
gwedner@lozanosmith.com
Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
**LOZANO SMITH**
515 South Figueroa Street, Suite 750
Los Angeles, CA 90071
Telephone:    (213) 929-1066
Facsimile:    (213) 929-1077

Attorneys for Defendants
Anthony Sclafani and Paul Tapia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEATH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  CV12-02318 PSG (OPx)<br><br>Assigned to the Honorable Judge Philip S. Gutierrez<br><br>**DEFENDANTS ANTHONY SCLAFANI AND PAUL TAPIA'S JOINDER IN CO-DEFENDANTS CITY OF DESERT HOT SPRINGS ET AL.'S MOTION TO DISMISS AND REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>Hearing Date: January 28, 2013<br>Time:　　　　1:30 p.m.<br>Courtroom:　　880<br>Judge:　　　　Hon. Philip S. Gutierrez |

1  TO: THE CLERK OF THE COURT, PLAINTIFF, HER ATTORNEYS OF
2  RECORD, AND ALL OTHER PARTIES AND COUNSEL IN THE ABOVE-
3  ENTITLED ACTION:

4  PLEASE TAKE NOTICE that Defendants Anthony Sclafani and Paul Tapia ("Defendants") hereby join in Co-Defendants City of Desert Hot Springs, Patrick Williams, Edwin Smith, Kate Singer, Jason Simpson, Rick Daniels, Gabriella Mendoza and Gustavo Paiz's ("City Defendants") Motion to Dismiss and supporting documents filed on or about August 20, 2012, which was scheduled for hearing on January 28, 2013.

PLEASE TAKE FURTHER NOTICE that Defendants hereby join in the City Defendants' Reply to Opposition to Motion to Dismiss, filed on January 16, 2013.

Dated: January 24, 2013

Respectfully submitted,

**LOZANO SMITH**

/s/ Gregory A. Wedner
GREGORY A. WEDNER
MARK K. KITABAYASHI
SLOAN R. SIMMONS
Attorneys for Defendants
Anthony Sclafani and Paul Tapia