Jerry L. Steering; SBN 122509
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

Attorney for plaintiffs Kendall M. Johnson, as *guardian ad litem* for his minor daughter, J.M.J. and Dominic Heath

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL M. JOHNSON, as *guardian ad litem* for his minor daughter, J.M.J. and DOMINIC HEATH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive, ANDREA HEATH,<br><br>    Defendants. | Case No. CV12-02318 PSG (OPX) (Consolidated With Case No. CV 15-01999-PSG)<br><br>**EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIM OF MINOR PLAINTIFF J.M.J.**<br><br>DATE:     SEPTEMBER     , 2016<br>TIME:     1:30 P.M.<br>CTRM:     880<br><br>**UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ** |

**COMES NOW** plaintiff Kendall M. Johnson, as guardian ad litem for his minor daughter, plaintiff J.M.J., and applies to this Honorable Court for an order approving the proposed Ex Parte Application For Approval Of Compromise Of Claim Of Minor

**Law Offices of Jerry L. Steering**

Plaintiff J.M.J.

This application is based on the ground that the parties have reached a reasonable and good settlement of this instant action and as plaintiff J.M.J. is a minor, she needs the approval of this Honorable Court to consummate.

This application is also based on the attached the Declaration of Jerry L. Steering and the Declaration of Kendall M. Johnson in support thereof.

Dated: September 30, 2016              /s/   Jerry L. Steering
                                      JERRY L. STEERING, ATTORNEY FOR
                                      PLAINTIFFS