1  Geoffrey S. Sheldon, Bar No. 185560
   gsheldon@lcwlegal.com
2  Danny Y. Yoo, Bar No. 251574
   dyoo@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  6033 West Century Boulevard, 5th Floor
   Los Angeles, California 90045
5  Telephone:  310.981.2000
   Facsimile:   310.337.0837
6
7  Attorneys for Defendants City of Desert Hot Springs,
   Patrick Williams, Edwin Smith, Kate Singer, Jason
   Simpson, Rick Daniels, Gabeiela Mendoza, Gustavo Paiz
8
9  Mark K. Kitabayashi, Bar No. 125822
   mkitabayashi@lozanosmith.com
   Sloan R. Simmons, Bar No. 233752
10 ssimmons@lozanosmith.com
   Mark W. Waterman, Bar No. 175029
11 mwaterman@lozanosmith.com
   LOZANO SMITH
12 515 South Figueroa Street, Suite 750
   Los Angeles, California 90071
13 Telephone:  213.929.1066
   Facsimile:   213.929.1077
14
15 Attorneys for Defendants Anthony Sclafani,
   Paul Tapia and Steven T. O'Connor
16
                 UNITED STATES DISTRICT COURT
17
                 CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| KENDALL M. JOHNSON, as guardian ad litem for his minor daughter, J.M.J., and DOMINIC HEATH,<br><br>Claimant,<br><br>v.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA, STEVEN O'CONNOR and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:  CV12-02318 PSG (OPx) (Consolidated with Case No. EDCV15-01999 PSG (DTBx)<br><br>Complaint Filed: March 24, 2016<br><br>**DEFENDANTS' NON-OPPOSITION TO EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIM OF MINOR PLAINTIFF J.M.J.**<br><br>Courtroom:  880 |

7933811.2 DE030-020

Defendants Non-Opposition to Ex parte Application for Approval of Compromise of Claim of Minor Plaintiff J.M.J.

1  Defendants CITY OF DESERT HOT SPRINGS, PARTICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABEIELA MENDOZA and GUSTAVO PAIZ ("City Defendants") and ANTHONY SCLAFANI, PAUL TAPIA and STEVEN O'CONNOR ("Sclafani Defendants") (collectively "Defendants") have received Plaintiffs' *Ex Parte* Application for Approval of Compromise of Claim of Minor, and its supporting papers, filed and served on October 1, 2016 (See Doc. Nos. 96, 96-1, 96-2 and 96-3.) While Defendants do not oppose Plaintiffs' *Ex Parte* Application, Defendants dispute the Plaintiffs' allegations against Defendants as set forth in Plaintiffs' counsel's supporting declaration. (See Doc. No. 96-1.) Further, Defendants request that the entire case, i.e., both consolidated lawsuits and all claims asserted therein, be dismissed with prejudice given that the parties' settlement agreement calls for dismissal with prejudice of all claims asserted by all Plaintiffs against all Defendants. Plaintiffs' *Ex Parte* Application does not expressly request the dismissal of the entire action, but the Court should order a complete dismissal as it is required under the parties' settlement agreement.

Dated: October 5, 2016

LIEBERT CASSIDY WHITMORE

By: */S/ Geoffrey S. Sheldon*
Geoffrey S. Sheldon
Danny Y. Yoo
Attorneys for Defendants City of Desert Hot Springs, Patrick Williams, Edwin Smith, Kate Singer, Jason Simpson, Rick Daniels, Gabeiela Mendoz, Gustavo Paiz

///
///

7933811.2 DE030-020

2

////
Dated:  October 5, 2016                    LOZANO SMITH

                                           By:  _/S/ Mark K. Kitabayashi_
                                                Mark K. Kitabayashi
                                                Sloan R. Simmons
                                                Mark W. Waterman
                                                Attorneys for Defendants
                                                Anthony Sclafani, Paul Tapia and
                                                Steven O'Connor

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045