Jerry L. Steering; SBN 122509
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

E-FILED 10/18/16

Attorney for plaintiffs Kendall M. Johnson, as *guardian ad litem* for his minor daughter, J.M.J. and Dominic Heath

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL M. JOHNSON, as *guardian ad litem* for his minor daughter, J.M.J. and DOMINIC HEATH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA and DOES 1 through 10, inclusive, ANDREA HEATH,<br><br>    Defendants. | Case No. CV12-02318 PSG (OPX) (Consolidated With Case No. CV 15-01999-PSG)<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIM OF MINOR PLAINTIFF J.M.J.**<br><br>DATE:   OCTOBER 3, 2016<br><br>TIME:    1:30 P.M.<br><br>CTRM:   880<br><br>**UNITED STATES DISTRICT JUDGE PHILIP S. GUTIERREZ** |

**HAVING CONSIDERD** the *ex parte* application of plaintiff Kendall M. Johnson, as guardian ad litem on behalf of his minor daughter, J.M.J., to compromise plaintiff J.M.J.'s claims in these consolidated cases, and good cause having been shown therefor;

ORDER ON EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIM OF MINOR PLAINTIFF J.M.J.

1

**IT IS HEREBY ORDERED** that the *ex parte* application of plaintiff Kendall M. Johnson, as guardian ad litem on behalf of his minor daughter, J.M.J., seeking the Court's approval of the proposed compromise plaintiff J.M.J.'s claims in these consolidated cases, is **GRANTED**.

**IT IS ALSO HEREBY ORDERED** that pursuant to said proposed minor's compromise of plaintiff J.M.J.'s claims in these consolidated actions, plaintiffs' counsel, Jerry L. Steering, shall, upon receiving minor plaintiff J.M.J. 's proposed net settlement proceeds of $72,399.38[1] , shall forthwith purchase the proposed Annuity from American General Life Insurance Company as described in Exhibit "C" of the Declaration of Jerry L. Steering In Support Of Plaintiff's Instant Ex Parte Application.

Dated: October  18 , 2016        _____
**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE

---

[1] And depositing said settlement proceeds in Jerry L. Steering's Attorney-Client Trust Account, and upon the settlement check clearing Jerry L. Steering's Attorney-Client Trust Account.

ORDER ON EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIM OF MINOR PLAINTIFF J.M.J.
2