1
2
3
4
5
6
7

E-FILED: 12/01/2016
JS-6

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| KENDALL M. JOHNSON, as guardian ad litem of his minor daughter, J.M.J., and DOMINIC HEATH, | Case No.:  CV12-02318 PSG (OPX) Consolidated with Case No. EDCV15-01999 PSG (DTBx |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER ON CORRECTED STIPULATION FOR DISMISSAL** |
| v. | |
| CITY OF DESERT HOT SPRINGS, ANTHONY SCLAFANI, PATRICK WILLIAMS, EDWIN SMITH, KATE SINGER, JASON SIMPSON, RICK DANIELS, GABRIELLA MENDOZA, GUSTAVO PAIZ, PAUL TAPIA, STEVEN O'CONNOR and DOES 1 through 10, inclusive, | |
| Defendants. | |

20
21
22
23
24
25
26
27
28

7985643.1 DE030-020

[Proposed] Order on Corrected Stipulation for Dismissal

1  TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  The Court has reviewed the parties' fully executed Corrected Stipulation for

3  Dismissal which has been concurrently filed with this [Proposed] Order.  Based

4  upon a review of the record, and good cause appearing,

5  IT IS HEREBY ORDERED that this action is dismissed in its entirety and

6  against all defendants with prejudice.  Each party shall bear their own attorneys'

7  fees and costs.

8  IT IS SO ORDERED.

9  Dated:  November  30 , 2016

## PHILIP S. GUTIERREZ

The Honorable Philip S. Gutierrez
United States District Judge

2